UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARTIN SAUCEDO,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>AMERICA'S SERVICING COMPANY, and DOES 1 to 10, inclusive<br><br>　　　　　Defendants. | Case No.: 12-4658 PSG<br><br>**ORDER TO SHOW CAUSE** |

On September 12, 2012, Defendants America's Servicing Company, et al ("ASC") filed a motion to dismiss the complaint brought by Plaintiff Martin Saucedo ("Plaintiff").[1] Plaintiff's counsel neither filed an opposition to the motion nor appeared at the hearing held November 13, 2012 for oral argument on the motion. Plaintiff's counsel's absence also prevented the court from hearing the parties' case management conference, which the court had earlier postponed upon representation by Plaintiff's counsel that a family emergency prevented his earlier appearance.[2] In light of Plaintiff's counsel's conduct in this case,

IT IS HEREBY ORDERED that no later than fourteen days from this order, Plaintiff's counsel shall provide good cause why the court should not sanction him for his conduct.

---

[1] *See* Docket No. 5.

[2] *See* Docket No. 13.

1

Case No.: 12-4658
ORDER

1    **IT IS SO ORDERED.**

2    Dated:   November  15 , 2012

                                                          PAUL S. GREWAL
United States Magistrate Judge

2

Case No.: 12-4658
ORDER